**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | October 25, 2007 | Probation: | Lisa Pence |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **06-cr-00473-WYD**        <u>Counsel:</u>

UNITED STATES OF AMERICA,        Guy Till

      Plaintiff,

v.

**2. JUAN DOMINGUEZ TOLENTINO**,        Arthur S. Nieto

      Defendant.

_____

**SENTENCING**
_____

**1:46 p.m.**     Court in Session - Defendant present (in-custody)

            **Change of Plea Hearing - Friday, January 12, 2007, at 11:30 a.m.**
            **Plea of Guilty - count one of Indictment**

            APPEARANCES OF COUNSEL.

            Court's opening remarks regarding Russian judges who are visiting.

1:48 p.m.     Statement on behalf of Defendant (Mr. Nieto).

1:55 p.m.     Statement and argument on on behalf of Government (Mr. Till).

2:06 p.m.     Statement on behalf of Defendant (Mr. Nieto).

2:25 p.m.     Statement and argument on on behalf of Government (Mr. Till).

2:29 p.m.     Statement on behalf of Defendant by his father (Mr. Domingo Tolentino).

Judge Wiley Y. Daniel
06-cr-00473-WYD - Sentencing Minutes

2:32 p.m.      Statement by Defendant on his own behalf (Mr. Tolentino).

               Court makes findings.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 Based on Substantial Assistance (#115 - 10/24/07) is **GRANTED.**

**ORDERED:**   Defendant be **imprisoned** for **31** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at FCI - Coleman in the state of Florida.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

   (X)      Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

   (X)      Defendant shall not commit another federal, state or local crime.

   (X)      Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)      Defendant shall comply with standard conditions adopted by the Court.

   (X)      Defendant shall not unlawfully possess a controlled substance.

   (X)      The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

   (X)      The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

   (X)      If the defendant is deported, he shall not re-enter the United States illegally.  If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

Judge Wiley Y. Daniel
06-cr-00473-WYD - Sentencing Minutes

**ORDERED:**    Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis.

Government's oral motion for departure for acceptance of responsibility (Mr. Till).

**ORDERED:**    Government's oral motion for departure for acceptance of responsibility is **GRANTED.**

**ORDERED:**    Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:44 p.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:58**